UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| IVAN RAMIREZ-VEGA, | ) | |
| | ) | |
| Petitioner, | ) | Case No. C09-1613-MJP |
| | ) | (CR06-425-MJP) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Respondent. | ) | |

The Court has reviewed petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Dkt. 1), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record. The Court has not received any objections from Petitioner. The Court does hereby ORDER:

1) The Court adopts the Report and Recommendation;

2) Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Dkt. 1) is DENIED and DISMISSED with prejudice;

3) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 15th day of December, 2009.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1